United States Postal Inspection Service

**Restricted Information**

## Robbery Report

Requestor: USPIS\MVMassaro

Case Number: **4035861-ROBB**
Case Owner: **USPIS\ELLindsey**
Postal Facility?: **Yes**

Case Nickname: **Hilltop Finance Robbery/Assault 43204**
Case Status: **Open Case**
Facility Name: **HILLTOP RETAIL STORE**

### Facility:

Facility Address: **2873 W BROAD ST**

Facility City: **COLUMBUS**
Facility State/Zip: **OH, 43204-9997**

Facility Security Class:
Facility Type: **POST_OFF**
USPIS First on Scene?: **N**

Facility County:
Facility CAG: **A**
Operation Relocated / COOP Initiated?: **N**

USPS Facility Status: **Area Cordoned Off**

Area not Accessible or
Facility Evacuation Date from: **05/11/2023**
Facility Evacuation Time from: **09:30 AM**
No. of Lost Workhours: **4**

Area not Accessible or
Facility Evacuation Date to: **05/11/2023**
Facility Evacuation Time to: **01:30 PM**
Retail Hours Closed: **4**

Fatalities?: **N**

Fatalities Description:

### Robbery data

Armed Robbery?: **Yes**
Victim Location Type: **On out side of property**

Robbery Date/Time: **05/11/2023 09:26 AM**
Other Victim Location Type: **Clerk was standing just outside of the side door to the building.**

### Point Of Entry

Dock
Side Door

### Point Of Exit

Dock
Side Door

Entry Style Type: **Entered Workroom**

Other Entry Style Desc: **Came in the side door onto the workroom floor.**

Alarm Present: **Yes**
Hold Up Camera Present?: **No**
Camera Operative?: **Not Applicable**

Alarm Activated: **N**
Hold Up Camera Activated: **U**
Losses from Type: **ScreenLine: N Safe/Vault: N Person: N Other: Y**

Bulletproof Screenline Installed? **No**
Other Weapon Desc: **black semi auto handgun, slide lighter th**

Weapon Type: **FIREARM**

Injuries: **Y**
Fatalities: **N**

Injuries Desc: **Clerk was hit across the left side of her head with the firearm.**
Fatalities desc:

Probable Offender Type:
Suspect Desc: **Black male, young, 18-20 years old, approximately 5'9" to 5'10" tall, skinny, thin build, not frail or bony, black hoodie with hood up, white design or lettering across chest of hoodie, black cloth Covid mask, could only see eyes bottom of forehead and eyebrows, dark eyebrows, dark pants, dark shoes, black semi auto handgun, slide lighter than frame, barrel lighter than slide (grayish or silver but not metallic)**

Suspect Type:
Suspect Arrested?: **No**

**United States Postal Inspection Service**
**Restricted Information**

## Robbery Report

Requestor: USPIS\MVMassaro

**Suspect Fled Scene**
Foot
Vehicle

**Evidence Recovered**
Not Applicable

Other Fleeing Desc:

Other Evidence Desc:

Modus Operandi Desc: The suspect approached the clerk while she was outside by the side door to the finance unit. The suspect told her to give him the keys and when she asked him what keys he was talking about he hit her in the side of the head with the gun. He then demanded the keys again and followed her into the finance unit workroom floor. The clerk got the keys from the retail window, threw them at him, and the suspect took off running out the side door. Video footage shows the suspect get into a silver sedan which flees down an alleyway.

**Losses**

Cash Loss: 0.00
Cash Recovered: 0.00
Personal Loss Desc:
Identi-Kit Artist Used?: No

Postage Loss: 0.00
Postage Recovered: 0.00
Personal Loss?: N
Money Order Imprinter Taken: No

Imprinter Serial Number:

Bait Money Order Stolen: No

Other Losses: Y

Other Loss Desc: Arrow Key and MAL key

**Mail Stolen**
NONE
Not Applicable

**Keys Stolen:**
ARROW

**SerialNumber**
98-23529

ARROW

D899-20024

**Money Order Losses**

| Date | Money Order Type | Serial Number | Serial Number Start | Serial Number End | # of USPS Money Orders Taken | Amount |
|---|---|---|---|---|---|---|
| | Not Applicable | | | | 0 | |



**United States Postal Inspection Service**

**Restricted Information**

## Robbery Report

Requestor: USPIS\MVMassaro

| | |
|---|---|
| Is VRAT Survey Related to the Case: **Yes** | Narrative Desc: **On May 11, 2023, Postal Inspectors were notified that clerk, Victim #4 , was robbed at gunpoint and hit in the head with the gun while she was taking a break at the Hilltop Finance Unit, 2873 W Broad St., Columbus, OH 43204. The suspect approached her while she was outside by the side door to the finance unit. The suspect told her to give him the keys and when she asked him what keys he was talking about he hit her in the side of the head with the gun. He then demanded the keys again and followed her into the finance unit workroom floor. Victim #4 got the keys from the retail window, threw them at him, and the suspect took off running out the side door. Video footage shows the suspect get into a silver sedan which flees down an alleyway. The suspect obtained Arrow Key 98-23529 and MAL key D899-20024. Victim #4 was injured and went to a local hospital to get checked out. EAP was offered.** <br><br> **The suspect was described as a black male, young, 18-20 years old, approximately 5'9" to 5'10" tall, skinny, thin build, not frail or bony, black hoodie with hood up, white design or lettering across chest of hoodie, black cloth Covid mask, could only see eyes bottom of forehead and eyebrows, dark eyebrows, dark pants, dark shoes.** <br><br> **The firearm was described as a black semi auto handgun, slide lighter than frame, barrel lighter than slide (grayish or silver but not metallic).** |

Credited Inspector: **USPIS\ELLindsey**   Entered by/Date: **USPIS\ELLindsey 5/17/2023   9:57:07PM**